AUG 14 2026 PM2:33 FILED - USDC - FLMD - TPA



# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Tampa Division

Regina Height

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

United States

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 8:26-cv-2374-KKM-CPT
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
**(28 U.S.C. § 1332; Diversity of Citizenship)**

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Regina Height |
| Street Address | 14443 Barley Field Drive |
| City and County | Wimauma, Hillsborough County |
| State and Zip Code | Florida 33598 |
| Telephone Number | 813-482-7744 |
| E-mail Address | goodsunshine1968@yahoo.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

TPA 74731 #405.

Defendant No. 1

| | |
|---|---|
| Name | United States Department of Veterans Affairs |
| Job or Title *(if known)* | Secretary, Department of Veterans Affairs |
| Street Address | 810 Vermont Ave, NW |
| City and County | Washington, District of Columbia County |
| State and Zip Code | District of Columbia, 20420 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, *(name)* Regina Height, is a citizen of the State of *(name)* Florida.

2. If the plaintiff is a corporation

   The plaintiff, *(name)* __________, is incorporated under the laws of the State of *(name)* __________, and has its principal place of business in the State of *(name)* __________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)* __________, is a citizen of the State of *(name)* __________. Or is a citizen of *(foreign nation)* __________.

2. If the defendant is a corporation

   The defendant, *(name)* United States of America, is incorporated under the laws of the State of *(name)* Department of Veterans Affairs, and has its principal place of business in the State of *(name)* District of Columbia.
   Or is incorporated under the laws of *(foreign nation)* __________, and has its principal place of business in *(name)* __________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$1,394,561 in compensatory damages, $150,000 for severe emotional and $150,000 for defamation

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* 02/21/2024 , at *(place)* Tampa, Florida ,

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

The Defendant failed to protect the Plaintiff, a VA mental health patient, from abuse, harassment and illegal termination by subordinatem employees. The Defendant breached the duty to ensure the Plaintiff was treated with diginity and respect. The Defendant breached the duty to ensure the Plaintiff's right to privacy. The Defendnat breach the duty to provide a safe setting for her mental health and rehabilitation. The Defendant breached the reasonable duty of care of the Plaintiff.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

While under VA mental health care, the Plaintiff was subjected to verbal abuse, threats and illegal puntitive actions. The Plaintiff contacted the Defendant numerous times. The Defendant never responded to the Plaintiff's requests for help. The Plaintiff also sought help through her VA pyschiatrists, an elected Florida Official, the White House Veterans Hotline and the Suicide Hotline. No one intervened to protect the Plaintiff. The Plaintiff suffered pyschological, emotional and financial harm throughout her VA mental health treatment.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plaintiff seeks $1, 394. 561 in compensatory damages; $150,000 for severe emotional harm and $150,000 for defamation

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/13/2026

Signature of Plaintiff Regina D. Height

Printed Name of Plaintiff Regina D. Height

### B. For Attorneys

Date of signing: ____________

Signature of Attorney ____________

Printed Name of Attorney ____________

Bar Number ____________

Name of Law Firm ____________

Street Address ____________

State and Zip Code ____________

Telephone Number ____________

E-mail Address ____________